UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| CODY BYRD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-CV-157-CLC-CHS ) |
| CORPORAL CRAWFORD, CO KEENE, and CO BOWSER, | ) ) ) ) |
| Defendants. | ) |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, even liberally construing the complaint in favor of Plaintiff, it fails to state a claim upon which relief may be granted under 42 U.S.C. § 1983. Accordingly, this action is **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ *LeAnna R. Wilson*
   CLERK OF COURT